UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 05-00557-MLG | Date | March 12, 2008 |
|---|---|---|---|
| Title | Kathleen M. Storll v. Michael J. Astrue, Commissioner of Social Security | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge | |
|---|---|---|
| Terri Steele | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

None     None

**Proceedings:**     (In Chambers) Order Granting Attorney Fees

Plaintiff's motion for an award of attorney fees pursuant to 42 U.S.C. § 406(b) is GRANTED. The Court finds that the fee request satisfies the standards for such awards stated in *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002). Counsel shall be awarded the amount of $26,197.75, which amount shall be offset by the amount of $7,000.00 which was previously paid under the EAJA. The net award is $19,197.75.

                                                                            : 
                                                      Initials of Clerk    ts